**Order filed, January 21, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-14-00981-CR

## DAVID JAMES CHAPMAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Case 1421329**

---

## ORDER

The reporter's record in this case was due January 12, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Billy Jalufka, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Harvey Brown
    Acting individually